CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JOSHUA LEE ATWOOD )<br>)<br>) | Criminal Case No.: 24-cr-199 (RDM) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____       Date: 9/5/24
Hon. Randolph D. Moss
United States District Judge